FILED
February 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003265484

1  Holly S. Burgess (State Bar No. 104575)
   LAW OFFICES OF HOLLY S. BURGESS
2  680 Auburn-Folsom Road, Suite 109
   Auburn, CA  95603
3  (530) 889-8900-Telephone
   (530) 392-4641-Direct Dial
4  (530) 889-8988-Facsimile
   hollyburgess@lohsb.com
5
   Attorneys for Plaintiff/Debtor
6  JAMES L. MACKLIN

7

8                     UNITED STATES BANKRUPTCY COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10  In re                            )   CASE NO.  2010-44610
                                     )
11          JAMES L. MACKLIN,         )
                                     )
12                  Debtor,           )
                                     )
13  _____      )   ADV. NO. 11-02024-E
    JAMES L. MACKLIN,                )
14                                   )   DCN:  HSB-02
                    Plaintiff,       )
15                                   )
    -vs.-                            )   CERTIFICATE OF SERVICE
16                                   )
    DEUTSCHE BANK NATIONAL TRUST CO.,)
17  AS INDENTURE TRUSTEE FOR THE     )
    ACCREDITED MORTGAGE LOAN TRUST   )
18  2006-2 ASSET-BACKD NOTES; and all)
    persons claiming by, through, or under such )
19  person, all persons unknown, claiming any legal )
    or equitable right, title, estate, lien, or interest in )
20  the property described in the complaint adverse )
    to Debtor's title thereto; and   )
21  CORRESPONDENT DOES 1-10, Inclusive, )
                                     )
22                  Defendant.       )
                                     )
23  _____

24  ///

25  ///

26  ///

27  ///

28
                                  - 1 -

                                                CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                         )  ss.
COUNTY OF PLACER         )

    I, Susanne Osborne, declare that I am employed in the County of Placer, State of California. I am over the age of 18 and not a party to the within action. My business address is 680 Auburn Folsom Rd., Suite 109, Auburn, CA 95603.

    On the date set forth below, I served the following documents described as:

1. **EX PARTE** Application For Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction
2. Exhibits in Support of **EX PARTE** Application For Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction
3. Declaration of James Macklin in Support of Ex Parte Application for Temporary Restraining Order
4. Declaration of Holly S. Burgess in Support of Ex Parte Application for Temporary Restraining Order
5. [Proposed] Temporary Restraining Order and Order to Show Cause

\_\_\_\_ **BY MAIL**: as follows:
    I am "readily familiar" with the Law Offices of Holly S. Burgess' practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Auburn, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

\_\_\_\_ **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the office of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

\_\_X\_\_ **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the above-referenced document(s) to the U.S. Bankruptcy Court, Eastern District of California, using the CM/ECF System for filing. I transmitted said documents by electronic mail to Robert Bleicher, Esq. of the law firm of Carr McClellan Ingersoll Thompson & Horn, at rbleicher@carr-mcclellan.com.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

    Executed on February 7, 2011, at Auburn, Placer County, California.

          **/s/ Susanne Osborne**/
          SUSANNE OSBORNE