FILED
February 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003265467

EDC 2-830sA (v.6.08)  (Continued)

| In re<br>James L. Macklin<br><br>Debtor(s). | Bankruptcy Case No.<br>10-44610 - E - 7 |
|---|---|
| James L. Macklin<br><br>Plaintiff(s),<br><br>v.<br>Deutsche Bank National Trust Co.<br><br>Defendant(s). | Adversary Proceeding No.<br>11-02024 - E |

**CERTIFICATION OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT**

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that service of the attached Summons and Notice of Status Conference in an Adversary Proceeding and a copy of the complaint was made on 2-7-2011, by:

___ MAIL SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

___ PERSONAL SERVICE: By leaving the process with defendant or with an officer or agent of defendant at:

___ RESIDENCE SERVICE: By leaving the process with the following adult at:

___ PUBLICATION: The defendant was served as follows [describe briefly]:

✓ FEDERAL ~~STATE~~ LAW: The defendant was served pursuant to the laws of FRCP Rule 5, as follows [describe briefly]:
Served by electronic mail to rbleicher@carr-mcclellan.com (Robert Bleicher, Esq. at Carr McClellan)

Under penalty of perjury, I declare that the foregoing is true and correct.

Feb. 7, 2011
Date

Signature: Susanne Osborne

Print Name: Susanne Osborne
Business Address: 680 Auburn Folsom Rd, Suite 109
City, State, Zip: Auburn, CA 95603