FILED

FEB 8 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>JAMES L. MACKLIN,<br><br>      Debtor.<br>_____<br>JAMES L. MACKLIN,<br><br>      Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST CO., et al.,<br><br>      Defendants.<br>_____ | Case No. 10-44610-E-7<br><br>Adv. Pro. No. 10-02024-E<br><br>Docket Control No. HSB-2<br><br><br><br><br>Date: February 10, 2011<br>Time: 1:00 p.m.<br>Dept: E, Courtroom 33 |

**ORDER SETTING HEARING ON PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

The Debtor-Plaintiff, James L. Macklin, having presented an *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause is set for hearing at 1:00 p.m. on February 10, 2011, in courtroom 33, sixth floor,

1  Robert T. Matsui United States Courthouse, 501 I Street,
2  Sacramento, California.
3      **IT IS FURTHER ORDERED** that no written opposition to the *Ex*
4  *Parte* Application for a Temporary Restraining Order and Order to
5  Show Cause is required.
6      **IT IS FURTHER ORDERED** that the court will notify the parties
7  by telephone of the hearing.
8      **IT IS FURTHER ORDERED** that the Debtor-Plaintiff shall serve
9  the *Ex Parte* Application and supporting pleadings upon counsel
10 for Deutsche Bank National Trust Company in person or by fax by
11 3:00 p.m. on February 9, 2011, and file a proof of service with
12 the court by 5:00 p.m. on February 9, 2011.
13 Dated: February _8_, 2011

　　　　　　　　　　　　　　　　　RONALD H. SARGIS, Judge
　　　　　　　　　　　　　　　　　United States Bankruptcy Court

2