FILED
February 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003267704

1 | Holly S. Burgess (State Bar No. 104575)
2 | LAW OFFICES OF HOLLY S. BURGESS
  | 680 Auburn-Folsom Road, Suite 109
  | Auburn, CA 95603
3 | (530) 889-8900-Telephone
  | (530) 392-4641-Direct Dial
4 | (530) 889-8988-Facsimile
  | hollyburgess@lohsb.com
5 |
6 | Attorneys for Plaintiff/Debtor
  | JAMES L. MACKLIN

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 2010-44610 |
| JAMES L. MACKLIN, | |
| Debtor, | |
| JAMES L. MACKLIN, | ADV. NO. 11-02024-E |
| Plaintiff, | DCN: HSB-01 |
| -vs.- | **CERTIFICATE OF SERVICE** |
| DEUTSCHE BANK NATIONAL TRUST CO., AS INDENTURE TRUSTEE FOR THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET-BACKD NOTES; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Debtor's title thereto; and CORRESPONDENT DOES 1-10, Inclusive, | |
| Defendant. | |

///

///

///

///

- 1 -

*CERTIFICATE OF SERVICE*

## RETURN OF SERVICE

Service of the Summons and complaint was made by me [1]   DATE January 31, 2011

NAME OF SERVER (PRINT): Susanne Osborne    TITLE: Legal Secretary

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): mailed via USPS Certified Mail, Return Receipt Requested, to David Boyer, Robert J. Jackson & Associates, 4199 Campus Dr., Suite 700, Irvine, CA 92612-2698

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 8, 2011

Signature of Server: Susanne Osborne

Address of Server: 680 Auburn Folsom Rd. Suite 109, Auburn CA 95603

---

1. Article Addressed to:
David Boyer
Robert J. Jackson & Associates
4199 Campus Dr. Suite 700
Irvine, CA 92612-26[98]

2. Article Number: 7010 0290 0003 1622 8393