Case 11-02024   Doc 21   Page 1 of 1

2011-02024
FILED
February 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003298143

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES L. MACKLIN,<br><br>Debtor. | Chapter 7<br><br>Case No. 10-44610 |
| JAMES L. MACKLIN,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST CO., AS INDENTURE TRUSTEE FOR THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET-BACKED NOTES, et al.<br><br>Defendants. | Adv. Pro. No. 11-02024-E<br><br>[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO ADVERSARY COMPLAINT |

IT IS HEREBY ORDERED, pursuant to the Parties' Stipulation filed February 22, 2011, Defendant Deutsche Bank National Trust Company has an extension of time up to and including February 24, 2011 within which to answer or otherwise respond to Plaintiff James L. Macklin's adversary complaint. This extension in time is limited to Defendant's response to the adversary complaint, and no other dates are altered or otherwise affected by this extension.

Dated: February 24, 2011

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court
TO RESPOND TO COMPLAINT

RECEIVED
February 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003298143