FILED
February 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003305155

6

Holly S. Burgess (State Bar No. 104575)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn-Folsom Road, Suite 109
Auburn, CA 95603
(530) 889-8900-Telephone
(530) 392-4641-Direct Dial
(530) 889-8988-Facsimile
hollyburgess@lohsb.com

Attorneys for Plaintiff/Debtor
JAMES L. MACKLIN

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>    JAMES L. MACKLIN,<br><br>               Debtor, | CASE NO. 2010-44610<br><br>ADV. NO. 11-02024-E |
| JAMES L. MACKLIN,<br><br>                Plaintiff,<br>-vs.-<br>DEUTSCHE BANK NATIONAL TRUST CO.,<br>AS INDENTURE TRUSTEE FOR THE<br>ACCREDITED MORTGAGE LOAN TRUST<br>2006-2 ASSET-BACKED NOTES; and all<br>persons claiming by, through, or under such<br>person, all persons unknown, claiming any legal<br>or equitable right, title, estate, lien, or interest in<br>the property described in the complaint adverse<br>to Debtor's title thereto; and<br>CORRESPONDENT DOES 1-10, Inclusive,<br><br>                Defendant. | DCN: HSB-003<br><br>**DECLARATION OF DANIEL M. EDSTROM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE: March 17, 2011<br>TIME: 1:30 p.m.<br>DEPT.: 33, 501 I St., Sacramento, CA |

I, Daniel M. Edstrom, declare as follows:

    1.    The facts set forth herein are known to me personally, and if called upon to testify, I could and would competently testify thereto.

2. I am President and Senior Securitization Analyst for DTC Systems, Inc. as well as a Senior Securitization Analyst consultant for Luminaq and attorney Neil F. Garfield. I am not an attorney and I am not a party to this action.

3. My area of expertise is in the fields of information technology and securitization.

4. Let me briefly summarize my experience for the Court. My area of expertise, based upon knowledge, training and experience is in the field of information technology as a software architect, systems architect, database architect and web architect. In the course of my career I have acquired the ability to examine complex business documents and translate them into documents that can be understood by non-technical individuals. I have experience taking complex distributed systems, business requirements and models and reverse engineering them into easier to understand documents and models that are used by non-technical individuals of all levels from executives on down.

5. I have written many types of software applications including accounting applications. I have used various methodologies to perform this type of work in a consistent and repeatable manner. The main methodology I employ is the Microsoft Solutions Framework. This process, which is designed for software development as well as project management, is flexible enough to allow me to manage the work I take on today outside of Information Technology.

6. Additionally, I have knowledge, training and experience in the field of securitization where I have developed my own process and methodology for reviewing information relevant to the securitization research I perform for individuals and lawyers. This involves reviewing some or all of the following: the loan documentation (the note and security instrument), all current recorded documents relating to the subject property, and the associated SEC filings, monthly certificate holder statements and monthly loan level files.

7. I am currently a consultant involved in the following: (1) locating the trust a loan has been securitized into, (2) writing supplemental commentaries to Securitization Research Reports provided by Neil F. Garfield, Esq., (3) reading, understanding and reverse engineering complex securitization transactions (Wall Street financial engineering) involving Residential Mortgage Backed Securities, (4) occasional speaking engagements, as well as (5) providing a failure analysis on what, in my opinion, went wrong with these securitization transactions.  As part of my occasional speaking engagements, I host securitization workshops for attorneys where they are trained in the latest state of the art information on Wall Street securitization information.  This training is approved by the State Bar of California for Minimum Continuing Legal Education (MCLE) credits for attorneys.  All of my current consulting work in this area involves a knowledge and understanding of securities, the securities industry, derivative securities, securities regulation, special purpose vehicles, structured investment vehicles, trusts, creation of trusts pooling agreements, issuance of asset backed securities and specifically mortgage backed securities by special purpose vehicles in which an entity is named as trustee for the holders of certificates of mortgage backed securities, securitization of mortgage loans, accounting in the context of said securitizations and REMIC vehicles and pooling and servicing of securitized loans.

8. I have knowledge, training and self education, in loan origination, underwriting and the assignment and assumption of securitized residential mortgage loans. I also have knowledge and experience in the Uniform Commercial Code.

9. I have been asked by the plaintiffs' attorney in this matter, Holly S. Burgess, to locate the Trust Indenture, the Sale and Servicing Agreement, the monthly certificateholders statement and the monthly loan level files related to the Accredited Mortgage Loan Trust 2006-2 securitized trust.

10. Attached to this declaration as **Exhibit 1** is a true and correct copy of the Indenture to the Accredited Mortgage Loan Trust 2006-2, dated June 1, 2006, to which Mr. Macklin's loan was transferred, loan number 0603307230.

11. Attached to this declaration as **Exhibit 2** is a true and correct copy of the Sales and Servicing Agreement dated June 1, 2006, governing the Accredited Mortgage Loan Trust 2006-2, to which Mr. Macklin's loan was transferred, loan number 0603307230.

12. Attached to this declaration as **Exhibit 3** is a true and correct copy of the monthly certificate holders statement for the Accredited Mortgage Loan Trust 2006-2, to which Mr. Macklin's loan was transferred, loan number 0603307230, which shows the payments on Mr. Macklin loan have been made and are current.

13. Attached to this declaration as **Exhibit 4**, is a true and correct copy of the monthly loan level file for Mr. Macklin's loan, for the Accredited Mortgage Loan Trust 2006-2, to which Mr. Macklin's loan was transferred, loan number 0603307230, which shows the servicer is making principal and interest advances on loans for which no payment by the homeowner was received. See, Bates numbered documents 000178 and 000216-217.

14. To locate the trust indenture I went on to the Security and Exchange Commission's EDGAR website. I clicked the Search for Company Filings link. Next I clicked the Company or fund name, ticker symbol, CIK (Central Index Key), file number, state, country or SIC (Standard Industrial Classification) link. Next I entered "Accredited" for the Company Name field and clicked on the Find Companies button. From the list of filings I clicked on the 0001365364 CIK link next to the name Accredited Mortgage Loan Trust 2006-2 company name. Next I clicked on the Document button next to the 8-K filing with a Description titled "Current report, items 1.01 and 9.01 Acc-no: 0001193125-06-141969 (34 Act)  Size: 1 MB". This brought up 6 documents, including the Indenture and the Sale and Servicing Agreement.

Next I downloaded the Indenture by clicking on the dex41.htm link and the Sale and Servicing Agreement by clicking on the dex101.htm link.

15.   To locate the monthly loan level files and the monthly certificate holders statements I went to Deutsche Bank National Trust Company's Trust Investor Reporting website.  I am well versed with this website as it is used to provide reporting to the various ratings agencies and to investors who purchased securities from the trusts for which Deutsch Bank National Trust Company is acting as a trustee.  The URL for this website is http://tss.sfs.db.com/investpublic.  To locate the monthly loan level files and the monthly certificate holders statements for the Accredited Mortgage Loan Trust 2006-2 trust, I clicked on the RMBS Product Type, then clicked on the Issuer/Transaction Accredited link.  Next I clicked on the Accredited Mortgage Loan Trust link. Then I clicked on the Reports link corresponding to the 2006-2 Deal.  I then selected the Loan Level and the monthly certificate holders statements checkbox and clicked the View History button.  Next I downloaded the Loan Level files on a year by year basis.  First I clicked on the XLS checkbox corresponding to Loan Level, then I clicked the Download Selected Reports button and saved this download.  Next I changed the Year drop down list to 2010, selected all of the XLS and pdf checkboxes associated corresponding to Loan Level and monthly certificate holders statements, then I clicked the Download Selected Reports button and saved this download.  Next I changed the Year drop down list to 2009, selected all of the XLS and pdf checkboxes associated corresponding to Loan Level and monthly certificate holders statement, then I clicked the Download Selected Reports button and saved this download. Next I changed the Year drop down list to 2008, selected all of the XLS & pdf checkboxes associated corresponding to Loan Level and monthly certificate holders statements, then I clicked the Download Selected Reports button and saved this download. Next I changed the Year drop down list to 2007, selected all of the XLS and pdf

checkboxes associated corresponding to Loan Level and monthly certificate holders statements, then I clicked the Download Selected Reports button and saved this download. Next I changed the Year drop down list to 2006, selected all of the XLS and pdf checkboxes associated corresponding to Loan Level and monthly certificate holders statements, then I clicked the Download Selected Reports button and saved this download.

     I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 24, 2011, at Placer County, Auburn, California.

                                                 /s/ Daniel M. Edstrom              .
                                             DANIEL M. EDSTROM