FILED
May 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003471963

2

Robert A. Bleicher (Bar No. 111334)
rbleicher@carr-mcclellan.com
J. Craig Crawford (Bar No. 238466)
ccrawford@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL,
THOMPSON & HORN Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

Attorneys for Defendant
DEUTSCHE BANK NATIONAL
TRUST COMPANY

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES L. MACKLIN,<br><br>    Debtor. | Chapter 7<br><br>Case No. 10-44610 |
| JAMES L. MACKLIN,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST CO., AS INDENTURE TRUSTEE FOR THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET-BACKED NOTES, et al.<br><br>    Defendants. | Adv. Pro. No. 11-02024-E<br><br>Docket Control No.: RAB-002<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S REPLY TO AMENDED MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>Date:       May 12, 2011<br>Time:      1:30 p.m.<br>Courtroom: 33<br>Judge:     Hon. Ronald H. Sargis |

TO PLAINTIFF JAMES L. MACKLIN AND HIS ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that Defendant Deutsche Bank National Trust Company respectfully requests that the Court take judicial notice of the following facts. A court may take judicial notice of facts that are not subject to reasonable dispute in that they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201. Accordingly, judicial notice is properly taken of matters of public record, including pleadings, orders and other papers on file in the action or another action pending in the court, as well as records and reports of administrative bodies. *See Intri-Plex Technologies, Inc. v. Crest Group, Inc.*, 499 F.3d 1048, 1052 (9th Cir. 2007); 21 Charles Alan Wright & Kenneth W. Graham, Jr., Federal Practice & Procedure: Evidence § 5106, at 505 (1st ed. 1977 & Supp. 1997).

  1. Corporate Assignment of Deed of Trust recorded November 30, 2009 as document 09-101918 in the Official Records of the County of Placer Recorder's Office. ("Corporate Assignment"). A true and correct copy of the Corporate Assignment is attached as **Exhibit A** to "Exhibit A in Support of Reply to Amended Motion to Dismiss".

Dated: May 5, 2011        CARR, McCLELLAN, INGERSOLL,
                  THOMPSON & HORN
                  Professional Law Corporation


                By: */s/ Robert Bleicher*
                  Robert A. Bleicher
                  Attorneys for Defendant
                  Deutsche Bank National Trust Company

29801-00001\iManage\3711939.1