Case 11-02024 Doc 87 Page 1 of 4

FILED
May 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003471964

**4**

Robert A. Bleicher (Bar No. 111334)
rbleicher@carr-mcclellan.com
J. Craig Crawford (Bar No. 238466)
ccrawford@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL,
THOMPSON & HORN Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Defendant
DEUTSCHE BANK NATIONAL
TRUST COMPANY

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES L. MACKLIN,<br><br>            Debtor. | Chapter 7<br><br>Case No. 10-44610 |
| JAMES L. MACKLIN,<br><br>            Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST CO., AS INDENTURE TRUSTEE FOR THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET-BACKED NOTES, et al.<br><br>            Defendants. | Adv. Pro. No. 11-02024-E<br><br>Docket Control No.: RAB-002<br><br>**EXHIBIT A IN SUPPORT OF DEFENDANT'S REPLY TO AMENDED MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:          May 12, 2011<br>Time:         1:30 p.m.<br>Courtroom:  33<br>Judge:        Hon. Ronald H. Sargis |

### EXHIBIT INDEX

Exhibit A – Corporate Assignment of Deed of Trust recorded November 30, 2009 as document 09-101918 in the Official Records of the County of Placer Recorder's Office.

1

| | | |
|---|---|---|
| 1 | Dated: May 5, 2011 | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN |
| 2 | | Professional Law Corporation |

By: /s/ Robert A. Bleicher
Robert A. Bleicher
Attorneys for Defendant
Deutsche Bank National Trust Company

29801-00001\iManage\3720055.1

2

EXHIBIT A IN SUPPORT OF DEFENDANT'S REPLY TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT

# EXHIBIT A

Recording Requested By:
SELECT PORTFOLIO SERVICING, INC.

When Recorded Return To:

BILL KOCH
SELECT PORTFOLIO SERVICING, INC
3815 SW TEMPLE
SALT LAKE CITY, UT 84115

THIS IS TO CERTIFY THAT THIS IS A FULL,
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY

RECORDING FEE: $12.00
RECORDED ON: November 30, 2009
AS DOCUMENT NO: 09-101918
BY: s/ Mary Zarate
LSI TITLE COMPANY (CA)

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Placer, California  SELLER'S SERVICING #: 0011895883  "MACKLIN"
INVESTOR #: U28
MERS #: 100176106033072500

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., A CALIFORNIA CORPORATION, A CORPORATION hereby grants, assigns and transfers to DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES  at 3815 SW TEMPLE, SALT LAKE CITY, UT 84115 all beneficial interest under that certain Deed of Trust dated 04/14/2006, in the amount of $532,000.00, executed by JAMES LEN MACKLIN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, to MERS AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., A CALIFORNIA CORPORATION and Recorded: 04/28/2006 as Instrument No.: 2006-0046431 in Placer County, State of California

Together with the note or notes therein described or referred to, in said Deed of Trust, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

In witness whereof this instrument is executed.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., A CALIFORNIA CORPORATION, A CORPORATION
On: NOV 17 2009

Bill Koch, Assistant Secretary

This instrument is being recorded as ACCOMMODATION ONLY, with no Representation as to its effect upon title.

STATE OF Utah
COUNTY OF Salt Lake

On NOV 17 2009, before me, SHIRLEY TUITUPOU, a Notary Public in and for said County and State in the State of Utah, personally appeared Bill Koch, Assistant Secretary, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., A CALIFORNIA CORPORATION, A CORPORATION, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

SHIRLEY TUITUPOU
Notary Expires: 11/12/2012 #576792

SHIRLEY TUITUPOU
Notary Public State of Utah
My Commission Expires on
November 12, 2012
Comm. Number: 576792

(This area for notarial seal)