Case 11-02024 Filed 06/07/11 Doc 112



*NOT FOR PUBLICATION*
*NOT POSTED ON WEBSITE*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>JAMES L. MACKLIN,<br><br>        Debtor.<br>_____<br>JAMES L. MACKLIN,<br><br>        Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>        Defendants.<br>_____ | Case No. 10-44610-E-7<br><br><br><br><br><br>Adv. Proc. No. 11-2024<br>Docket Control No. HSB-004 |

**MEMORANDUM DECISION DENYING MOTION TO COMPEL
CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE**

The court is presented with Debtor-Plaintiff's motion to compel the Chapter 7 Trustee to abandon the Estate's interest in the real property commonly known as 10040 Wise Road, Auburn, California.

A motion to abandon is a contested matter governed by Federal Rule of Bankruptcy 9014. *See* 7 COLLIER ON BANKRUPTCY ¶ 554.02[6] (Alan N. Resnick & Henry J. Sommer eds. 16th ed.). Contested matters are properly resolved by a motion in the main bankruptcy case. Hon. Christopher M. Klien, *Bankruptcy Rules Made Easy (2001): A Guide to*

*the Federal Rules of Civil Procedure That Apply in Bankruptcy*, 75 Am. Bankr. L.J. 35, 39 (2001). Therefore, the filing of a motion to abandon in an adversary proceeding is procedurally defective, and the motion is consequently denied.

Dated: June 6, 2011

RONALD H. SARGIS, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached document(s).

---

Holly Burgess
680 Auburn Folsom Road, Suite 109
Auburn, CA 95603

James Macklin
670 Auburn-Folsom Rd #106-303
Auburn, CA 95603

John Crawford
216 Park Rd
Burlingame, CA 94010

Robert Bleicher
216 Park Rd
PO Box 513
Burlingame, CA 94001

Thomas Aceituno
PO Box 189
Folsom, CA 95763

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814