

FILED
July 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003631995

HUGHES LAW CORPORATION
Gregory J. Hughes #071288
Christopher D. Hughes #254864
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone (916) 774-7506
Facsimile (916) 791-1644
hughes@hugheslc.com

Attorneys for Thomas A. Aceituno

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>JAMES L. MACKLIN,<br><br>               Debtor.<br><br>JAMES L. MACKLIN,<br><br>               Plaintiff,<br><br>v.<br><br>DEUTSHE BANK NATIONAL TRUST CO., AS INDENTURE TRUSTEE FOR THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET-BACKED NOTES, et al.<br><br>               Defendants. | Case No.: 10-44610-E-7<br><br><br><br><br><br>Adv. Proc. No. 11-02024-E<br><br>DC No. GJH-001<br><br><br>**TRUSTEE'S MOTION TO INTERVENE**<br><br><br>Date:     July 28, 2011<br>Time:    1:30 p.m.<br>Dept:    E (Courtroom 33) |

To the Honorable Ronald Sargis, U. S. Bankruptcy Judge:

     Thomas Aceituno, Chapter 7 Trustee ("Trustee "), by and through his attorney of record, hereby moves for an order allowing him to intervene as co-Plaintiff with the Debtor in the above-captioned adversary proceeding. The grounds for this motion are as follows:

     1.     The Debtor filed his Chapter 13 petition in this Court on September 16, 2010.

2.      After the case was converted to a case under Chapter 7, Intervenor Trustee was appointed as Trustee and continues to hold that position.

3.      The Debtor has filed the within adversary proceeding against the named Defendants, asserting a variety of theories and claims relating to a loan secured by a residence at 10040 Wise Rd., Auburn, CA ("the Subject Property").

4.      The Subject Property is property of the Estate.

5.      The Debtor has filed a First Amended Complaint which asserts the same and different theories and claims, all related to the loan secured by the Subject Property.

6.      All of the claims asserted by the Debtor in the adversary proceeding are property of the Estate, in that they arise out of pre-petition events and actions by the Defendants.

7.      The Trustee is the representative of the Estate.

8.      Because the claims asserted by the Debtor in this adversary proceeding are property of the Estate, the Trustee has standing to assert them.

9.      Because the claims asserted by the Debtor in this adversary proceeding are property of the Estate, and because the Subject Property is property of the Estate, any resolution of those claims without the involvement of the Trustee could, as a practical matter, impair or impede the Trustee's ability to protect his interest.

10.     The Debtor does not adequately represent the interest of the Estate, in that the Debtor is seeking to recover on his own account, and not on behalf of the Estate.

11.     Pursuant to Fed.R.Civ.P. 24(a), made applicable here by Fed.R. Bankr.P. 7024, the Trustee is entitled to intervene as a plaintiff, as a matter of right, in the within adversary proceeding.

///
///
///
///
///
///

- 2

WHEREFORE, the Trustee prays for an order allowing him to intervene as a plaintiff in the above captioned adversary proceeding.

Dated: July 14, 2011

                                        HUGHES LAW CORPORATION

                                        By: /s/Gregory J. Hughes
                                        Gregory J. Hughes, Attorney for
                                        Trustee Thomas A. Aceituno