

FILED
OCT 25 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>JAMES L. MACKLIN,<br><br>       Debtor.<br>_____<br>JAMES L. MACKLIN,<br><br>       Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST CO., et al.,<br><br>       Defendants.<br>_____ | Case No. 10-44610-E-7<br><br><br><br><br><br><br>Adv. Pro. No. 11-02024-E<br><br>Docket Control No. ARF-001 |

**ORDER CORRECTING COURT RECORD**

    The Attorney for Debtor-Plaintiff, Michael J. Siegle, having presented a declaration requesting the cancellation of a status conference, the court construing the declaration as an *Ex Parte* Application to correct the court's record, the Debtor-Plaintiff's attorney having filed a second amended complaint in this case intending the document to be an exhibit to the Motion for Re-



Argument on Defendant's Motion to Dismiss but not having described the document as an exhibit, the Office of the Clerk having docketed document as an amended complaint, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Office of the Clerk will correct the docket for this case to reflect that the "Second Amended Complaint," docket number 201, is in fact an exhibit to the Motion for Re-Argument on Defendant's Motion to Dismiss, docket control number ARF-1.

**IT IS FURTHER ORDERED** that the status conference scheduled for 2:30 p.m. on October 26, 2011, is vactaed.

Dated: October 25, 2011

RONALD H. SARGIS, Judge
United States Bankruptcy Court

## CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that the attached document(s) was served by mail to the following entities listed at the address(es) shown below:

Service List:

James L. Macklin
670 Auburn-Folsom Rd #106-303
Auburn CA 95603

Allan R. Frumkin
5996 Horseshoe Bar Road
Loomis CA 95650

Robert A. Bleicher
216 Park Rd
PO Box 513
Burlingame CA 94001

Gregory J. Hughes
3017 Douglas Blvd #300
Roseville CA 95661

DATE: 10/25/11

_____
Deputy Clerk