Charles T. Marshall
Attorney at Law
415 Laurel St., #405
San Diego, CA 92101
Tel:(619)807-2628

UNITED STATES BANKRUPTCY COURT

EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| In re James Macklin,   Debtor | ) |
| | ) CASE NO: 10-44610 |
| | ) |
| James Macklin, | ) Adv. Pro. No. 11-02024-E |
| Plaintiff. | ) |
| vs. | ) |
| Deutsche Bank National Trust Company, Trustee, | ) |
| Defendant | ) |

### ORDER GRANTING SUBSTITUTION OF ATTORNEY

The Court having reviewed and considered the Notice of Substitution of Attorney,

**IT IS HEREBY ORDERED** that he substitution of attorney is hereby approved.

and Charles T. Marshall is substituted in as counsel for Plaintiff James Macklin in this

Adversary Proceeding.

Dated: February 23, 2015

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

RECEIVED
February 18, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005450168